UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER OSTEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE SHAW GROUP, INC., JAMES M. BERNHARD JR., THOMAS E. CAPPS, MICHAEL J. MANCUSO, ALBERT D. MCALISTER, DAVID WILLIAMS HOYLE SR., JAMES F. BARKER, DANIEL A. HOFFLER , STEPHEN R. TRITCH, CHICAGO BRIDGE & IRON COMPANY N.V. and CRYSTAL ACQUISITION SUBSIDIARY INC.,<br><br>　　　　　　Defendants. | Civil Action Case No. 12-663<br><br>JUDGE: James J. Brady<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)

Plaintiff, Peter Oster, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice and dismisses all claims made in the above-captioned action, without prejudice, against named defendants, The Shaw Group, Inc., James M. Bernhard, Jr., Thomas E. Capps, Michael J. Mancuso, Albert D. McAlister, David Williams Hoyle, Sr., James F. Barker, Daniel A. Hoffler, Stephen R. Tritch, Chicago Bridge & Iron Company, N.V., and Crystal Acquisition Subsidiary, Inc.. without prejudice. Plaintiff files this Notice of Voluntary Dismissal prior to defendants serving either an answer or a motion for summary judgment.

Dated: October 31, 2012

Respectfully submitted:

/s/ ERIC J. O'BELL
ERIC J. O'BELL (LA BAR #26693)
O'BELL LAW FIRM, LLC
3500 N. Hullen Street
Metairie, Louisiana 70002
Tel: (504) 456-8677
Fax: (504) 456-8624
EJO@ObellLawFirm.com

OF COUNSEL:

FARUQI & FARUQI
JUAN E. MONTEVERDE
SHANE T. ROWLEY
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: (212) 983-9330
Fax: (212) 983-9331

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filed to all counsel of record and that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was sent via electronic mail to counsel for defendants.

/s/ ERIC J. O'BELL
ERIC J. O'BELL